**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6486**

CLAYTON T. JONES,

            Plaintiff - Appellant,

      v.

OFFICER CHRIS E. ODOM,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Timothy M. Cain, District Judge.  (3:19-cv-03326-TMC)

Submitted:  July 23, 2020                                      Decided:  July 28, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clayton T. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton T. Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Jones' 42 U.S.C. § 1983 (2018) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Odom*, No. 3:19-cv-03326-TMC (D.S.C. Mar. 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*